ERIC GRANT
United States Attorney
ELISA M. RODRIGUEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN JOSE GARCIA LOPEZ,<br>A020-162-685,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, CALIFORNIA CITY,<br><br>Respondent. | No. 1:26-CV-05318-DJC-AC<br><br>ORDER FOR FIRST EXTENSION OF TIME |

For good cause being shown, the Court hereby grants Respondent's motion for a two-day extension of time, through and including Wednesday, July 22, 2026, to respond to the Petition for Writ of Habeas Corpus.

IT IS SO ORDERED.

Dated: July 20, 2026

/s/ Daniel J. Calabretta
HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE